IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLEN R. DAVIS,

    Plaintiff,

vs.                                CASE NO. 5:05cv105-SPM/AK

HONEYWELL INTERNATIONAL
AND METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendants.
_____/

## ORDER OR DISMISSAL

    Pursuant to Plaintiff's Voluntary Dismissal (doc. 15) and Federal Rule of Civil Procedure 41(a)(2), it is

    ORDERED AND ADJUDGED that this case is dismissed with prejudice. The clerk shall close the case.

    DONE AN ORDERED this 20th day of October, 2005.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge